**STATE of Missouri, Respondent,**

v.

**Ricky CARWILE, Appellant.**

**No. 63308.**

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 12, 1993.

Raymond L. Legg, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Defendant, Ricky Carwile, appeals from his convictions, after a jury trial, of burglary in the second degree and felony stealing. He was sentenced as a prior offender to imprisonment for two concurrent terms of six years to run concurrently with a sentence already being served in conjunction with a prior burglary conviction.

No jurisprudential purpose would be served by a written opinion. Defendant's convictions are affirmed. Rule 30.25(b).